IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07CR81FDW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER TO DISMISS** |
| v. | ) |
| | ) |
| ERIKA CARVALHO | ) |

For the good cause shown in the Government's Motion to Dismiss, leave of Court is hereby granted for the dismissal without prejudice of this case.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: April 11, 2022

_____
Frank D. Whitney
United States District Judge